## WILCOX v. PALMETER.

*Damages — evidence as to — Evidence — in justice's court — Justice's court — reply in not necessary.*

In an action in a justice's court for the use of a wagon, defendant pleaded a set-off for work, labor and services. *Held*, (1) that evidence of the value of the wagon when received by defendant and when returned, showed wear and tear, and was competent on the question of the value of the use ; (2) that the fact that the justice received immaterial evidence, did not oblige the county court, on a new trial, to do so, and (3) that plaintiff could give evidence in answer to defendant's set-off without a reply.

APPEAL by defendant from a judgment in the Chautauqua county court in favor of plaintiff, and from an order denying a motion for a new trial.

The action was brought in a justice's court by Samuel Wilcox against Washington Palmeter, to recover for the use of a wagon.

*C. R. Lockwood*, for appellant.

*Morris & Russell*, for respondent.

GILBERT, J.

The head-note states the substance of the opinion.

*Judgment affirmed.*